IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY, DIVISION

①

RAY QUANTREVIOUS RAHEEM
             Plaintiff

V.

Superintendent Lieutenant
Jacob Bell
             DEFENDANT

JURISDICTION AND VENUE

This is a Civil Action Authorized by 42 U.S.C. Section 1983 to redress the deprivation under Color of the United States. The Court Has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff Seeks Declaratory relief persuant to 28 U.S.C. Section 2201 and 2202. Plaintiffs Claims for Injunctive relief are Authorized under 28 U.S.C. Section 2283 and 2284 and rule 65 of the federal rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA DIVISION is appropriate in ALBANY under 28 U.S.C. Section 1391 (6)(2) Because it is where the events giving rise to this claim occured.

Plaintiff

Quantrevious R. RAY was at all times mentioned here in a prisoner of the State of GEORGIA In the Custody of Superintendent LT. Jacob BELL at the Robert L. Patten Probation Detention Center. He is Currently Confined at Emanuel Probation Detention Center IN TWIN CITY, Georgia.

DEFENDANT(S)

Superintendent L.T.

Jacob Bell - is the Superintendent and Director OF R.L.P. P.D.C. for GEORGIA DEPT. OF Corrections. And is the Defendent in this Claim. He is Legally responsible for the over all operations of the Detention Center and each institution under its Jurisdiction Including R.L.P. P.D.C. where plaintiff was confined at all times in this suit mentioned here in. The Defendent is Legally responsible for all inmates within R.L.P. P.D.C.'s welfare. Defendent is sued individually and in his official Capacity at all times mentioned in this Complaint Each Defendent acted under Color of State LAW.

Facts

Plaintiff Contends that Defendent Jacob bell the Superintendent of R.L.P. P.D.C. failed to adequatEly prepare for a hurrican that hit the facility in october 2024 thragh Deliberate indifference for inmates welfare despite being advised to transfer inmates back to their Canty Jails by GDC officials this resulted in no, toilets no water no food and unsanitary Conditions such as fecal matter all over the toilet area and Toilets over flowing in urine. and being Forced to live and sleep in close proximity with urine and Fecal matter - cruel and unusual punishment Deprivation of liberty and pursuit to be Civil under 1st Amendment - And failure to protect the Rights of a person with a mental illness - Contends that Defendent violated his Constitutional Rights and a result He Primarily seeks monetary damages.

Legal Claims

Protection From injury prisoners are entitled to protection from injury or risk to injury SEE* Farmer V. Brennan, 511 U.S. 825 (1994). the Constitution requires that prisoners be provided reasonable adequate food SEE* Hamm V. Dekalb County, 774 F. 2d 1567, 1575 (11th Cir. 1985) Individuals are also entitled access to water while incarcerated SEE* Canupp V. paul, 716 Fed. AppX. 836 (11th Cir 2017) (a lack of adequate access to drinking water Exposed plaintiff to substantial Risk of Serious Harm) Extremely poor physical Conditions where the Conditions pose an unreasonable Risk of Serious Damage to a prisoners Health or Safety. SEE* Farmer V. Brennan, 511 U.S. 825, 832 (1994) the Constitution Does not permit inhumane prisons. And deliberate indifference by proof of knowledge of forseeable events that here ignored or not responded to properly- SEE* Farrow V. West, 320 F.3d 1235, 1245 (11th Cir. 2003). Emotional/ Distress, Failure to protect the rights of a person with a disability. Conspiracy to interfere with Civil Rights, Deprivation Of liberty- 1st Amendments - Violation of procedural Due Process the 14th Amendment - Violation of Responsibility and Oath of Office and pain and Suffering".

PRAYER FOR RELIEF

Plaintiff Respectfully prays that this Court enter Judgement regarding A Declaration that the acts and Ommissions described here in Violated plaintiff Rights under the Constitution' and laws of the United States av preliminary and Permanent injunction ordering defendents to be finished for the above violation Compensatory

damages at $1,800.00 per hr. For the Entire time plaintiff suffered Said Conditions. plaintiff Has suffered irreparable mental damages and request Assistance in all future mental health bills. and Transportation To mental Health-treatment. puntive Damages $250,000.00 the plaintiff Cost in the Suit. A Jury trial on all Issues triable by a Jury. and Any other relief this Court Sees Just and equitable and proper

Dated 05/04/2026
RESPECTFULLY SUBMITTED

Quantrevious RAHEEM RAY #100229 6684
Emanuel probation Detention Center
P.O. BOX 1430 . TWIN CITY, GEORGIA
30471- 1430

Verification

I Have read the forgoing Complaint and hereby verify that the matters alleged Here in are true, except as to matters alleged on information and beliefs and AS to those I believe them to be true. I Certify under penalty of perjury that The fore going is True and Correct. Executed at Emanuel Detention Center. P.O. BOX 1430 TWIN CITY GEORGIA 30471-1430 on 05/04/2026    Quantrevious R. RAY
#100229 6684
Q. Ray